4

United States District Court
Southern District of Texas
FILED

AUG 1 3 2001

Michael N. Milby
Clerk of Court

CA B-01-117

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? | Date 7-30-2001 8:51 A.M. |
| NAME OF SERVER (PRINT) ED H. FINK | Title PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served. 309 W. ALICE, HARLINGEN, TX 78550

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVICES**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on 7-30-01
Date

Signature of Server

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2002

SUBSCRIBED AND SWORN TO ME
ON THE 31 DAY OF July 2001

NOTARY PUBLIC

204 W. FERGUSON #108, PHARR, TX 78577
Address of Server