6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CAMERON DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § § | Civil Action B-01-117 |
| Antonio R Gonzales | § | |

## ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court hereby makes an entry of default against Antonio R Gonzales in that the defendant has not filed an answer or other responsive pleading in this cause.

Default is hereby entered as against the defendant this 31st day of August, 2001.

_____
Michael N. Milby, Clerk
United States District Clerk

By: Q Gutierrez
Deputy Clerk

ClibPDF - www.fastio.com