9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS | § | CIVIL ACTION NO. B-01-117 |
| | § | |
| ANTONIO R. GONZALES | | |

## O R D E R

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 6) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

**Debt 1:**

| | | | |
| --- | --- | --- | --- |
| 1. | Principal Balance as of July 26, 1999 | $ | 3,453.00 |
| 2. | Interest as of July 26, 1999 | $ | 4,155.77 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 1,500.00 |
| 5. | Pre-Judgment Interest Rate Per annum | | 9.13% |
| 6. | Daily Accrual: | $ | 0.86 |
| 7. | Balance Due After Credits (including attorney's fees) | $ | 4,671.89 |
| 8. | Post Judgment Interest equals 2.40 % per annum | | |

**Debt 2:**

| | | | |
|---|---|---|---|
| 1. | Principal Balance of July 26, 1999 | $ | 2,625.00 |
| 2. | Interest of July 26, 1999 | $ | 756.86 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 1,500.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | | 8.00% |
| 6. | Daily Accrual | $ | 0.58 |
| 7. | Balance Due After Credits (including attorney's fees) | $ | 3,746.26 |
| 8. | Post Judgment Interest equals _2.40_ % per annum | | |

DONE in Brownsville, Texas, this ___12___ of ___October___ 2001.

_____
Hilda G. Tagle
United States Magistrate Judge

2